# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL ANN LUTHER,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Case No. CV 15-03356-JLS (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED that Judgment be entered AFFIRMING the decision of the Commissioner of Social Security and DISMISSING this action with prejudice.

DATED: May 22, 2016

  JOSEPHINE L. STATON
  UNITED STATES DISTRICT JUDGE