# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL ANN LUTHER,<br><br>    Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. CV 15-03356-JLS (JEM)<br><br>J U D G M E N T |

  In accordance with the Report and Recommendation of United States Magistrate Judge accepted by the Court,

  IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and the action DISMISSED with prejudice.

DATED: May 22, 2016

                  JOSEPHINE L. STATON
                UNITED STATES DISTRICT JUDGE