| | |
|---|---|
| 1 | Erika Bailey Drake (SBN 248034) |
| 2 | edrake@drakeanddrake.com |
| | Roger D. Drake (SBN 237834) |
| 3 | rdrake@drakeanddrake.com |
| | DRAKE & DRAKE, P.C. |
| 4 | 23679 Calabasas Road, Suite 403 |
| 5 | Calabasas, California 91302 |
| | Telephone: 818.438.1332 |
| 6 | Facsimile: 818.475.1880 |
| | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CAROL ANN LUTHER,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

Case No.: 2:15-cv-03356-JLS-JEM

[PROPOSED] ORDER AWARDING EAJA FEES AND COSTS

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of ELEVEN THOUSAND DOLLARS AND 00/100 ($11,000.00) and costs in the amount of NINE HUNDRED FIVE DOLLARS AND 00/100 ($905.00) subject to the terms of the stipulation.

DATED: 10/2/2018

HON. JOHN E. McDERMOTT
UNITED STATES MAGISTRATE JUDGE

-1-